**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

SUSAN LLOYD,                                :
                Plaintiff,                :
                              :
           v.                                :    Civil No. 5:25-cv-00835-JLS
                              :
WOLF & KLINE PROPERTY                  :
MANAGEMENT INC., *et al.*,              :
                Defendants.            :

---

## ORDER

**AND NOW**, this 10th day of April, 2026, upon consideration of the Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 45) filed by Defendant, the United States Department of Housing and Urban Development ("HUD"), and all responses and replies thereto, **IT IS HEREBY ORDERED** as follows:

1. For the reasons stated in the accompanying memorandum, HUD's Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED** and Plaintiff's claims against HUD are **DISMISSED** with prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

                                **BY THE COURT:**

                                */s/ Jeffrey L. Schmehl*
                                **JEFFREY L. SCHMEHL, J.**